FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

00 JAN -6 AM 8: 46

CLERK US DIST. COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 8:00-CV-29-T-17E |
| William Pierce, | ) |
| Defendant. | ) |

## COMPLAINT

The United States of America, plaintiff, by and through the undersigned Assistant United States Attorney for the Middle District of Florida, hereby files this complaint and alleges:

1. This is a civil action brought by the United States of America, plaintiff, for the recovery of money owed to plaintiff, and this Court has jurisdiction by virtue of 28 U.S.C. § 1345.

2. The defendant, William Pierce, can be found at 4421 Crystal Rd, Venice, FL 34293 and this Court is the proper venue of this action by virtue of 28 U.S.C. § 1391.

3. Defendant owes plaintiff the total amount of $4,279.92, plus interest on this principal computed at the rate of 9 percent per annum as detailed in the Certificate of Indebtedness attached hereto and incorporated herein by reference.

**WHEREFORE**, plaintiff respectfully requests judgment against the defendant in the following amounts:

   a. For the principal amount of $2,005.00, together with accrued interest in the

amount of $2,274.92 as of November 12, 1999 and interest on the principal sum accruing thereafter at the rate of 9 percent per annum to the date of judgment.

    b.  For interest from the date of judgment at the legal rate until paid in full;

    c.  For such other costs of litigation otherwise allowed by law, and

    d.  For such other and further relief as justice requires.

                            Respectfully submitted,

                            DONNA A. BUCELLA
                            United States Attorney

                            By: _____
                               ADELAIDE G. FEW
                            Assistant U.S. Attorney
                            Florida Bar No. 558478
                            Angelique Hansford/FLU
                            400 N. Tampa Street, Suite 3200
                            Tampa, Florida 33602
                            (813) 274-6038
                            (813) 274-6198

## U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

> William Pierce
> AKA: William A. Pierce Jr.
> 4421 Crystal Rd.
> Venice, FL 34293
> SSN: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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/12/99.

On or about 01/21/81, the borrower executed promissory note(s) to secure loan(s) of $2500.00 from Onondaga Savings Bank at 9 percent interest per annum. This loan obligation was guaranteed by New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $495.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/08/82, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2005.00 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/24/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2005.00 |
| Interest: | $ 2274.92 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $0.00 |
| Total debt as of 11/12/99: | $ 4279.92 |

Interest accrues on the principal shown here at the rate of .50 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____    Name: _____
                              Title: Loan Analyst
                              Branch: Litigation Branch

November 18, 1999                                    F2-3\LITCVRSH DOT