UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
00 MAY -4 PM 4:00

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 8:00CV29-T17E |
| ) | |
| William Pierce, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter is before the Court upon plaintiff's motion for a default judgment pursuant to Fed. R. Civ. P. 55, and it appearing to the Court that the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that plaintiff's claim against defendant is for a sum certain or for a sum which can by computation be made certain as evidenced by proper affidavit filed herein,

WHEREFORE, judgment is hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, William Pierce, in the following amounts:

1. The principal sum of $2,005.00;

2. Interest in the sum of $2,274.92 as of November 12, 1999, and interest accruing on the sum set forth in paragraph 1 above accruing thereafter at the rate of 9% per annum until entry of this judgment;

3. Interest from the date of judgment on the amounts set forth in



paragraphs 1 and 2 above at the legal rate of __6.197__ % until paid in full; and

4. For such other costs of litigation otherwise allowed by law.

Dated at TAMPA, Florida, this __4th__ day of __May__,

2000.

SHERYL L. LOESCH
Clerk of Court

By: __D. DeNicola__
Deputy Clerk

Copies to:

USA - Tampa (1 certified copy)
William Pierce
4421 Crystal Rd
Venice FL 34293